Petition for Writ of Mandamus Denied and Opinion filed July 22, 2004









Petition for Writ of Mandamus Denied and Opinion filed
July 22, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00621-CV

____________

 

IN RE DEWAYNE MARKS SHELTON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On June 28, 2004, Relator filed a
petition for writ of mandamus in this Court. 
See Tex. Gov=t code ann' 22.221 (Vernon Supp. 2003); see also Tex. R. App. P. 52.  Relator seeks a
writ of mandamus directing the trial court to dismiss Relator=s appointed attorney, permit
self-representation, set reasonable bail, conduct a pretrial hearing, rule in
writing on pretrial motions, and bring Relator to
trial without delay. 

We deny Relator=s petition for writ of mandamus.  He has not fully complied with the requisites
of Texas Rule of Appellate Procedure 52, including providing an appendix and
record.  See Tex. R. App. P. 52.3(j) & 52.7.

PER CURIAM

Petition Denied
and Memorandum Opinion filed July 22, 2004.

Panel consists of
Justices Yates, Anderson, and Hudson.